

**From:** SingleCare Provider Relations

**Date:** 10/23/2015

### Re: SingleCare – A New Kind of Healthcare Company

SingleCare, a new healthcare company that provides individuals with a new way to access and pay for healthcare, is expanding into the state of Florida and we are currently recruiting providers to participate in our network, while simultaneously finalizing our marketing approach and multi-channel campaign expenditures for entering the consumer marketplace before year's end.

SingleCare already operates in Arizona, Maryland, Pennsylvania, Virginia and Washington, DC and is the first company of its kind to connect consumers and providers through a healthcare network with absolutely no managed care controls. As an alternative to traditional health insurance, SingleCare provides consumers with access to "managed-care like" pricing and gives providers guaranteed, hassle-free payment for every service delivered.

We are asking that you consider contracting with us. As one of our contracted providers, SingleCare promises you an industry leading experience that will help you grow your practice through:

- **No Third-Party Controls** – SingleCare is not insurance so there are no prior authorizations, no claim forms to submit, no benefit limitations.
- **Zero Collections Risk** – SingleCare takes full responsibility for collecting from the patient and guarantees your payment for every service billed through SingleCare.
- **Fast Payment** – Payment processed within 48 hours for all services billed.
- **More Efficient Management of Self-Pay Patients** – SingleCare helps you by setting a standard fee schedule (no negotiating!) and the simplest billing for your existing self-pay patients.
- **Access to New Patients** – *No extra marketing required!* SingleCare will be marketing through traditional direct-to-consumer methods (direct mail and cooperative mail inserts) as well as online marketing (paid search, ads, Facebook, email) and to employers in your area. Tap into the growing number of individuals seeking affordable healthcare without traditional insurance obstacles.
- **No cost to participate** – You always receive 100% of your contracted rate and there are no credit card processing fees with services billed through SingleCare.
- **Easy to use** – Access your fee schedule, billing history, and more through your personalized provider portal.

A packet of information has already been mailed to you, with all the details. Joining is as easy as returning the completed forms to us by email at providers@singlecare.com or by fax at 877-929-5845 to ensure your participation in the SingleCare network.

If you did not receive your SingleCare contract package or have questions, our team is ready to assist, just give us a call at 877-929-5845 or e-mail us at providers@singlecare.com if you'd like to get started today!

SingleCare Provider Relations

Blumenfeld 000027