IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

| | |
|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons, <br><br>  Plaintiff, <br><br> v. <br><br> SINGLECARE SERVICES LLC and JOHN DOES 1-12 <br><br>  Defendants. | No. 16-cv-80958 <br><br> Judge Beth Bloom |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Comprehensive Health Care Systems of the Palm Beaches, Inc. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby gives notice of their voluntary dismissal of this case with prejudice as to their individual claims and without prejudice as to the putative class members' claims, and without taxation of costs. In support, Plaintiff states as follows:

1. On June 10, 2016, Plaintiff filed the instant class action complaint in this Court. (Doc. 1).

2. None of the defendants, SingleCare Services LLC or John Does 1-12, has filed an appearance, answered the complaint or filed a motion for summary judgment.

3. Although this action was brought as a class action, no class was ever certified, no notice of potential class certification was sent to putative class members, and this case has not received any publicity such that a putative class member would be misled into believing that his rights were being prosecuted in this action. The putative class members would have no reason to rely upon this litigation. *See Withrow v. Enterprise Holdings, Inc.,* 2010 WL 3359086 (S.D. WV August 20, 2010) (holding that voluntary dismissals that occur before class certification are outside the scope of Rule 23(e), as amended in 2003, and are instead governed by Rule 41); *Buller v. Owner Operator Independent Driver Risk Retention Group, Inc.*, 461 F.Supp.2d 757, 764 (S.D. Ill. 2006) (holding that voluntary dismissals that occur before class certification are outside the scope of Rule 23(e), as amended in 2003, and are instead governed by Rule 41).

4. Dismissal of the case without prejudice as to the putative class members' claims and without taxation of costs will not affect the rights of any putative class member.

WHEREFORE, Plaintiffs request the Court enter this notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41 (a) (1) (a), dismissing this action with prejudice as to Plaintiff's individual claims, without prejudice as to the putative class members' claims, and without taxation of costs.

Respectfully submitted,

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons

By: <u>/s/ Phillip A. Bock</u>

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500
phil@bockhatchllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Phillip A. Bock